OSCN Found Document:IN RE ADOPTION OF THE 2024 REVISIONS TO THE OKLAHOMA JURY INSTRUCTIONS-CRIMINAL (SECOND EDITION)

 

 
 

 
 
 
 
 Previous Case

 
 Top Of Index

 
 This Point in Index

 
 Citationize

 
 Next Case

 
 Print Only

 
 
 

 
 IN RE ADOPTION OF THE 2024 REVISIONS TO THE OKLAHOMA JURY INSTRUCTIONS-CRIMINAL (SECOND EDITION)
2024 OK CR 5
Case Number: CCAD-2024-2
Decided: 03/06/2024

Cite as: 2024 OK CR 5, __ __

 

ORDER VACATING AND WITHDRAWING PREVIOUS
ORDER ADOPTING AMENDMENTS TO OKLAHOMA
UNIFORM JURY INSTRUCTIONS-CRIMINAL (SECOND EDITION)
Based on the Court's further amendments to the Oklahoma Uniform Jury Instructions-Criminal (Second Edition) (OUJI-CR(2d)), the previous order adopting amendments is VACATED. The order issued in In Re Adoption of OUJI-CR(2d) (2024 Supp.), 2024 OK CR 2, is WITHDRAWN. The Court will issue a separate order adopting amendments to OUJI-CR(2d).

IT IS SO ORDERED.
WITNESS OUR HANDS AND THE SEAL OF THIS COURT this 6th day of March, 2024.
 

/S/SCOTT ROWLAND, Presiding Judge
/S/WILLIAM J. MUSSEMAN, Vice Presiding Judge
/S/GARY L. LUMPKIN, Judge
/S/DAVID B. LEWIS, Judge
/S/ROBERT L. HUDSON, Judge
 
ATTEST:
/s/John D. Hadden
Clerk

 Citationizer© Summary of Documents Citing This Document
 
 
 
 Cite
 Name
 Level
 
 
 
 None Found.
 
 
 Citationizer: Table of Authority
 
 
 
 Cite
 Name
 Level
 
 
 
 None Found.
 
 

 
 
 
 

 
 

 
 
 
 oscn
 
 EMAIL: webmaster@oscn.net
 Oklahoma Judicial Center
 2100 N Lincoln Blvd.
 Oklahoma City, OK 73105
 
 
 courts
 
 Supreme Court of Oklahoma
 Court of Criminal Appeals 
 Court of Civil Appeals
 District Courts
 
 
 
 decisions
 
 New Decisions
 Supreme Court of Oklahoma
 Court of Criminal Appeals
 Court of Civil Appeals
 
 
 
 programs
 
 The Sovereignty Symposium
 
 Alternative Dispute Resolution
 Early Settlement Mediation
 Children's Court Improvement Program (CIP)
 Judicial Nominating Commission
 Certified Courtroom Interpreters
 Certified Shorthand Reporters
 Accessibility ADA
 
 
 
 
 
 
 
 
 Contact Us
 Careers
 Accessibility ADA